IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL ) <br> NO. 572 HEALTH & WELFARE FUND ) <br> ET AL. ) <br> ) <br> v. ) <br> ) <br> GIPSON MECHANICAL CONTRACTORS,INC ) | Civil Action No. 3:11-0097 <br> Judge Nixon/Knowles |

### O R D E R

The Court has been advised that the parties have settled this case. Accordingly, the Initial Case Management Conference set for Thursday, April 28, 2011, at 10:00 a.m. is cancelled. On or before May 17, 2011, the parties shall submit an agreed order of dismissal or other appropriately captioned document.

The Clerk is directed to forward this file to the Honorable John T. Nixon, Senior District Judge for his consideration of the agreed order of dismissal or other appropriately captioned document to be submitted on or before May 17, 2011.

Any request for an extension of this deadline should be directed to Judge Nixon. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge